**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**GEORGE HIGHTOWER, and
HIGHTOWER FOODS, L.L.C.**                                         **PLAINTIFFS**

**v.**                                     **CIVIL ACTION NO. 1:10CV166-SA-DAS**

**ARAMARK CORPORATION**                                                   **DEFENDANT**

**ORDER**

Pursuant to an opinion issued this day, it is hereby ORDERED that

    (1) the Defendant's Motion for Summary Judgment [41] is GRANTED.

    All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

    SO ORDERED, this the 9th day of March, 2012.

                                                           **/s/ Sharion Aycock
                                                           UNITED STATES DISTRICT JUDGE**